UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **HEATHER MARCHAND** | **CIVIL ACTION NO. 2:21-CV-0891** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PERFORMANCE CONTRACTORS, INC** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 9] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 4] is **DENIED.**

**MONROE, LOUISIANA** this 24th day of March 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**